PETER CORAPI, an Infant Over the Age of Fourteen Years, by VICTOR CORAPI, His Guardian ad Litem, and Another, Appellants, v. THE CITY OF NEW YORK, Respondent.— Appeal discontinued pursuant to stipulation filed. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.; Davis, J., not voting.

DOROTHY DALY, as Administratrix, etc., of PETER A. DALY, Deceased, Respondent, v. RITZ TOWER, INC., and Others, Appellants, and Others, Defendants.— Order granting in part and denying in part a motion for a bill of particulars as to specified items modified by granting the motion as to items 4, 15, 16, 17, 18, 19, 22 and 23, and as so modified affirmed, without costs and without opinion. The particulars are to be furnished within ten days from the entry of the order herein. If plaintiff be unable to furnish any of the particulars so required, let her so state under oath. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

THE DIXIE FIRE INSURANCE COMPANY and Others, Appellants, v. THE HOLLAND FURNACE COMPANY, Respondent.— Action by plaintiffs, fire insurance companies, to recover a money judgment against defendant for negligently causing a fire which damaged the property of their assured. Appeal from judgment dismissing complaint at the close of plaintiffs' case. Judgment reversed on the law and a new trial granted, costs to abide the event. In our opinion the plaintiffs made out a *prima facie* case. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur.

MURRAY FEIERTAG, an Infant Over the Age of Fourteen Years, by His Guardian ad Litem, THOMAS FEIERTAG, and Another, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Action for personal injuries claimed to have been suffered by the infant plaintiff while alighting from a car of the defendant, due to the claimed negligent act of the defendant's motorman in closing the door prematurely. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.